THE STATE OF OHIO, APPELLANT, *v.* LARABEE, APPELLEE.

[Cite as *State v. Larabee* (1995), 72 Ohio St.3d 54.]

(No. 94–2556—Submitted March 7, 1995—Decided April 19, 1995.)

*Richard L. Ross,* Special Prosecuting Attorney, for appellant.

*Harry R. Reinhart; Lantz, Lantz & Lipp Co., L.P.A.,* and *Charles J. Lantz,* for appellee.

The discretionary appeal is allowed. The judgment of the court of appeals is reversed on the authority of *State v. Bidinost* (1994), 71 Ohio St.3d 449, 644 N.E.2d 318.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.